# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID NAHMAN,

        Plaintiff,

    v.

CITY OF LOS ANGELES, et al.,

        Defendants.

Case No. CV 21-2080-RGK (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motions to Dismiss are granted; and (2) Judgment shall be entered dismissing this action without leave to amend.

DATED: April 28, 2022

                              R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE