JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAHMAN, | Case No. CV 21-2080-RGK (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend.

DATED: April 28, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE